IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA WAY, | No. 4:20-CV-00305 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MNS & ASSOCIATES LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 29th day of October 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment (Doc. 10) is granted as to Count 1 of the Complaint (Doc. 1). Plaintiff is entitled to damages as follows:

   a. Defendant is ordered to pay damages in the amount of $1000.

   b. Defendant is ordered to pay costs in the amount of $511.95.

   c. Defendant is ordered to pay fees in the amount of $3590.00.

2. The Clerk of Court is directed to: enter judgment in favor of the Plaintiff on Count 1 of the Complaint (Doc. 1); mail a copy of the Memorandum Opinion and the Order to Defendant at its address listed in the executed Summons (Doc. 5, page 2); and close the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge